☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No.  22-1801(NJ) |
| accounts further described in Attachment A in the possession, | ) |
| custody, or control of Facebook that is stored at premises owned, | ) |
| maintained, controlled or operated by Meta Platforms, Inc. | ) |
| ("Meta"), a company headquartered in Menlo Park, California | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____November 18, 2022_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Nancy Joseph_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  _____11/04/2022 9:49 am_____

*Judge's signature*

City and state:   _____Milwaukee, WI_____         Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>  22-1801(NJ) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**

**Property to Be Searched**

To the extent that the information described in Attachment B is within the possession, custody, or control of Facebook that is stored at premises owned, maintained, controlled or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California, Facebook is required to disclose to the government the information for the following accounts and dates:

| FACEBOOK NAME | FACEBOOK IDENTIFICATION (UID) | DATES |
|---|---|---|
| Larry Reigns | 100030781200076 | June 01, 2022 to September 08, 2022 |
| Deshawn Balling | 100042799351841 | June 01, 2022 to September 08, 2022 |
| NoLove Karty | 100053276979846 | June 01, 2022 to September 08, 2022 |
| TheProblem Child | 100083615333794 | June 01, 2022 to September 08, 2022 |
| Livin Lashawn | 100024491228830 | June 01, 2022 to September 08, 2022 |
| Shawn OTW | 100059915094207 | June 01, 2022 to September 08, 2022 |

Case 2:22-mj-01801-NJ    Filed 11/04/22    Page 3 of 30    Document 1

**ATTACHMENT B**

**Particular Things to be Seized**

I.     **Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

a.     All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

b.     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c.     All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

d.     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

21

e.     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

f.     All "check ins" and other location information;

g.     All IP logs, including all records of the IP addresses that logged into the account;

h.     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

i.     All information about the Facebook pages that the account is or was a "fan" of;

j.     All past and present lists of friends created by the account;

k.     All records of Facebook searches performed by the account;

l.     All information about the user's access and use of Facebook Marketplace;

m.     The types of service utilized by the user;

n.     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

o.     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

p.     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of of Title 18, United States Code, §§ 2119 (Carjacking) and 924(c)

(Brandishing a Firearm During the Commission of a Crime of Violence), from June 01, 2022 to September 08, 2022, for the user ID's identified on Attachment A, information pertaining to the following matters:

(a) The relevant offense conduct, any preparatory steps taken in furtherance of the criminal scheme, and communications between BENNETT, SEMONS, TATE, DRIVER, and others related to the relevant offense conduct of carjacking or BENNETT's, SEMONS's, TATE's, or DRIVER's possession of a firearm.

(b) Evidence indicating how and when the Facebook accounts were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owners;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

(d) The identity of the person(s) who created or used the user IDs; and

(e) The identity of the person(s) who communicated with the user IDs about matters relating to relevant offense conduct of robbery.

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. |
| accounts further described in Attachment A in the possession, custody, or control of Facebook that is stored at premises owned, maintained, controlled or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California | ) ) ) ) | 22-1801M(NJ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the     Eastern     District of     Wisconsin     , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2219 | Carjacking |
| 18 U.S.C. 924(c) | Use, brandishing, and discharge of a firearm during a crime of violence |

The application is based on these facts:

See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of     days *(give exact ending date if more than 30 days:*     *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David Bianchi, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by     telephone     *(specify reliable electronic means)*

Date: 11/4/2022

*Judge's signature*

City and state:     Milwaukee, WI          Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, David Bianchi, being first duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION, BACKGROUND, TRAINING, AND EXPERIENCE

1.    I make this affidavit in support of an application for search warrant for information associated with the following Facebook users: "Deshawn Balling" [ID #100042799351841], "Larry Reigns" [ID #100030781200076], "NoLove Karty" [ID #100053276979846], "TheProblem Child" [ID #100083615333794], "Livin Lashawn" [ID #100024491228830], and "Shawn OTW" [ID #100059915094207] that are stored at premises owned, maintained, controlled, or operated by Meta Platform Inc. ("Meta") a  company headquartered in Menlo Park, California.   The information to be searched is described in the following paragraphs and in Attachment A and B.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta Platform Inc to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 2020. Since September 2020, I have been assigned to the FBI's Milwaukee Area Violent Crimes Task Force. This Task Force is a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including bank robberies, commercial robberies and other violent crime matters, defined under Title 18 of the United States Code. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have assisted in criminal investigations, participating in surveillance, interviews, and debriefs of arrested

subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

3.       This affidavit is based upon my personal knowledge, my training and experience, and on information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.  This affidavit is also based upon police reports, official records, citizen witnesses' statements, recorded statements, law enforcement surveillance, surveillance video, social media, court records, telephone records, and public records which I consider to be reliable as set forth herein.  The facts of this Affidavit are based upon information obtained from my investigation, as well as information I have received from other law enforcement officers.

4.       Based on the investigation to date, I submit that there is probable cause to believe that Terrence BENNETT (XX/XX/1996), Larry SEMONS (XX/XX/1996), Kartiae TATE (XX/XX/1995), and Deshawn DRIVER (XX/XX/1999), conspired with known and unknown individuals to commit three armed carjackings in Milwaukee, Wisconsin, on August 26, 2022 and August 29, 2022, in violation of Title 18, United States Code, §§ 2119 (Carjacking) and 924(c) (Brandishing a Firearm During the Commission of a Crime of Violence).

5.       This affidavit is submitted in support of an application for a search warrant for Terrence BENNETT's, Larry SEMONS's, Kartiae TATE's, and Deshwan DRIVER's Facebook Accounts, for evidence of the subjects' and others' involvement in the above described offenses on June 1, 2022 and September 8, 2022. More specifically, I seek authorization to search Facebook's information associated with the subjects, who are the users associated with the Facebook accounts with the following user names and ID numbers:

2

| FACEBOOK NAME | FACEBOOK IDENTIFICATION (UID) |
|---|---|
| Larry Reigns | 100030781200076 |
| Deshawn Balling | 100042799351841 |
| NoLove Karty | 100053276979846 |
| TheProblem Child | 100083615333794 |
| Livin Lashawn | 100024491228830 |
| Shawn OTW | 100059915094207 |

6.     Because this affidavit is submitted for the limited purpose of obtaining a search warrant, I have not included each and every fact known to me concerning this investigation. I have attempted to set forth only the facts I believe are pertinent to establishing the necessary foundation for the warrant.

## II.     PROBABLE CAUSE

### August 26, 2022 – Nissan Altima

7.     On August 26, 2022 at approximately 12:50 AM, the victims, D.P. (XX/XX/2001) and S.F. (XX/XX/1993), parked their 2019 Nissan Altima in the alley behind their residence at XXXX S. 15th Street, Milwaukee, Wisconsin. D.P., who was sitting in the driver seat, observed a silver Buick sedan traveling northbound in the alley toward their vehicle. S.F. exited the vehicle at which time he was approached by an unknown individual (Altima Subject 1) who pointed a handgun at him and demanded his property. S.F. provided Altima Subject 1 the key fob for the Nissan Altima and his iPhone 13 cellular telephone. At the same time, D.P. was approached by a second unknown individual (Altima Subject 2) who pointed a handgun at her and demanded she exit her vehicle. The second individual then demanded D.P.'s property. D.P. provided the unknown individual her iPhone 13 cellular telephone. Both subjects were observed exiting the silver Buick sedan before approaching the victims.

3

8. After obtaining S.F.'s and D.P's property, Altima Subject 2 entered the driver door and Altima Subject 1 entered the front passenger door of S.F.'s vehicle. The subjects then fled northbound in the alley in her vehicle.

9. Inside D.P.'s vehicle were three firearms belonging to S.F.:

> Mossberg 12 gauge shotgun (unknown serial number)
>
> Century Arms, NAK 9 AK style pistol (S/N R0N2049054)
>
> Ruger .357 magnum revolver (S/N 1541-90592)

10. Earlier in the night, at approximately 12:36 AM, S.F. and D.P. observed the silver Buick sedan while they were parked at a gas station at 1227 W. Oklahoma Avenue, Milwaukee, Wisconsin. Two subjects exited the Buick and followed S.F. into the gas station as he purchased a drink. S.F. and D.P. identified the silver Buick sedan as the suspect vehicle used in the robbery.

11. Altima Subject 1 was described as a black male, 20-22 years of age, thin build, approximately 5' 08", wearing a black hooded sweatshirt with the hood up, armed with a black handgun.

12. Altima Subject 2 was described as a black male, 20-22 years of age, thin/medium build, approximately 5' 08", wearing a red "Bape" camouflaged hooded sweatshirt with the hood up, armed with a black handgun.

13. Altima Subject 3 (observed by D.P. at the gas station but not observed by either victim during the robbery) was described as a white male, 30-35 years of age, unknown clothing.

### Recovery and Processing of Nissan Altima

14. On August 26, 2022 at about 3:00 p.m., officers with the Milwaukee Police Department located and recovered the Nissan Altima taken in the armed robbery on August 26, 2022. The Nissan Altima was parked on the street in front of 3852 N. 19th Place, Milwaukee, Wisconsin. Milwaukee Police Department Forensics Examiners processed the Nissan Altima for

4

DNA and latent fingerprints. The latent fingerprints were processed through the Automated Fingerprint Identification System (AFIS). Latent fingerprints taken from the exterior rear driver's door, the exterior of the driver's door above the door handle, and the passenger side quarter panel were identified as belonging to Kartiae TATE (XX/XX/1995).

15.     During a search of the vehicle, detectives with the Milwaukee Police Department located S.F.'s Century Arms, NAK 9 AK style pistol on the rear passenger side floorboard. The firearm was processed for DNA and latent fingerprints. On September 01, 2022, the latent fingerprints were processed through AFIS. Latent fingerprints taken from the right side of the Century Arms dust cover were also identified as belonging to TATE.

### August 29, 2022 – Acura MDX

16.     On August 29, 2022 at approximately 1:15 AM, the victims, E.M. (XX/XX/1986) and M.M. (XX/XX/1992) parked their 2016 Acura MDX in front of their residence at XXXX W. Forest Home Avenue, Milwaukee, Wisconsin. As E.M. and M.M. were retrieving their children from the vehicle, M.M. observed a gray Buick sedan drive south past them. The gray Buick sedan then conducted a U-turn in the road and again drove past the victims before coming to a stop north of their vehicle.

17.     M.M. was approached by an unknown subject (Acura Subject 1) who exited the Buick sedan and was armed with a handgun. Acura Subject 1 pointed the handgun at M.M. and demanded, "Give me the car keys, bitch" several times. M.M. started calling E.M.'s name at which time Acura Subject 1 grabbed the car keys from her hand.

18.     At the same time, E.M., who was retrieving his daughters from the rear seat of the vehicle, heard M.M. yell his name. When he looked up, he observed Acura Subject 1 pointing a handgun at M.M. and an unknown subject (Acura Subject 2) pointing a handgun at him. Acura

Subject 2 stated, "Give me whatever you have" at which time E.M. grabbed his wallet from his shorts pocket and handed it to Acura Subject 2.

19.     Acura Subject 1 then entered the driver seat and Acura Subject 2 entered the front passenger seat of E.M.'s vehicle. Both subjects then fled south on S. 40th Street in the victim's vehicle at which point the gray Buick sedan fled east on W. Forest Home Avenue.

20.     Acura Subject 1 was described as a black male, late teens to early 20's, slender build, approximately 5' 08", dark complexion, wearing a black hooded sweatshirt, a ski mask with eyes and mouth showing, and armed with a black handgun with an extended magazine.

21.     Acura Subject 2 was described as a black male, medium build, dark complexion, wearing dark clothing and a black ski mask, armed with a black handgun.

22.     The third subject and driver of the Buick sedan was not observed by either victim.

### August 29, 2022 – Nissan Rogue

23.     On August 29, 2022 at approximately 2:50 AM, the victim, C.P. (XX/XX/1978) parked his 2017 Nissan Rogue in the parking spaces west of his residence at XXX W. Mineral Street, Milwaukee, Wisconsin. As C.P. was walking toward the front door of his building, he observed a silver sedan (later identified as a silver Buick Regal) traveling east on W. Mineral Street. The silver Buick abruptly pulled over and an unknown individual (Rogue Subject 1) exited the front passenger seat of the vehicle. Rogue Subject 1 walked toward C.P. with his hands in the pocket of his hooded sweatshirt which C.P. found to be suspicious.

24.     When C.P. reached the front door of his building and placed the key into the handle, Rogue Subject 1 turned and began to run toward C.P. C.P. was able to open the door and attempted to shut it behind him, however, Rogue Subject 1 was able to reach the door and prevented him from closing it. Rogue Subject 1 reached in the front door and pointed a black handgun at C.P.'s face while stating, "I'm gonna shoot you."

6

25.     C.P. then stepped back and got down on his knees in the hallway. C.P. placed both hands in the air and looked toward the ground. Rogue Subject 1 then stepped inside and stated, "Give me your wallet." As C.P. was retrieving his wallet from his pocket, Rogue Subject 1 stated, "I should shoot you for trying to close the door." Rogue Subject 1 then took C.P.'s wallet and fled out the front door.

26.     C.P. realized that he never took his keys out of the front door and walked to retrieve them. He realized his keys were no longer in the door and looked west at which time he observed the silver Buick following his vehicle onto the interstate on-ramp.

27.     Rogue Subject 1 was described as a black male, 18 to 25 years of age, approximately 6' 00" to 6' 02", approximately 200 to 220 pounds, athletic build, short natural black hair, wearing a black hooded sweatshirt, black jogger style sweatpants, black shoes, and armed with a black full sized semi-automatic handgun.

### Arrest of Terrence Bennett and Larry Semons

28.     On August 29, 2022 at approximately 12:53, FBI Task Force Officer (TFO) Keck was contacted by a Milwaukee Police Officer who located the stolen Acura MDX that was taken in the carjacking the previous night. TFO Keck and TFO Strasser responded to the area of 6030 N. 40th Street, Milwaukee, Wisconsin to conduct surveillance.

29.     While on surveillance, TFO's observed a silver Buick sedan, which matched the description of the silver Buick sedan used in the three previous carjackings, drive north on N. 40th Street and park in front of the apartment building at 6030 N. 40th Street. The driver of the Buick exited the vehicle and spoke with an unknown individual before both parties entered the apartment building.

30.     A short time later, an unknown male re-entered the Buick sedan and drove it around the back of the apartment building. The Buick was later located parked on the rear slab of the

7

apartment building in the alley. A check of the Buick's vehicle identification number (VIN) showed that the vehicle was previously stolen in Milwaukee. Both the Acura MDX and the Buick Regal were recovered by the Milwaukee Police Department.

31.     At approximately 4:15 PM, officers with the Milwaukee Police Department approached the apartment building and made contact with the four apartment units in the building. TFO Keck was standing at the back of the building and observed a male exit the rear door to Apartment 1. He was observed to be the same male who spoke to the driver of the Buick sedan when it was parked in front of the building and was identified as Terrence BENNETT (XX/XX/1996).

32.     Officers then located the lessee of Apartment 1, M.E., who consented to a search of her apartment. Inside the apartment officers located an individual later identified as Larry SEMONS (XX/XX/1996). Officers also located in the apartment's living room closet the Ruger .357 magnum that was taken during the  carjacking of the Nissan Altima on August 26, 2022.

### Identification of BENNETT's and SEMONS's Facebook Accounts

33.     Throughout the investigation, analysts with the Milwaukee Police Department conducted open source searches of Facebook for all subjects who were identified as actors in the carjackings that occurred on August 26, 2022 and August 29, 2022. Analysts were able to locate one or more Facebook accounts for each of the subjects.

34.     An open source search for BENNETT's Facebook account returned the account: facebook.com/deshawn.bennett.75. The Facebook User ID associated with this account is: 100042799351841. A review of the publicly viewable postings associated with this account match the known photographs of BENNETT, which were previously located in various law enforcement databases.

35. An open source search for SEMONS's Facebook account returned the account: facebook.com/larry.semons.1. The Facebook User ID associated with this account is: 100030781200076. A review of the publicly viewable postings associated with this account match the known photographs of SEMONS, which were previously located in various law enforcement databases.

## Forensic Processing of Acura MDX and Buick Regal

36. On August 30, 2022, Milwaukee Police Department Forensics Examiners processed the Acura MDX and Buick Regal that were recovered the previous day for DNA and latent fingerprints. The latent fingerprints were processed through AFIS.

37. Latent fingerprints taken from the driver's door window and rear passenger door window of the Acura MDX were identified as belonging to Terrence BENNETT.

38. A latent fingerprint taken from the trunk lid of the Buick Regal was identified as belonging to Terrence BENNETT.

## Custodial Interview of Terrence BENNETT

39. On August 30, 2022, detectives with the Milwaukee Police Department conducted Mirandized interviews with Terrence BENNETT. During one of the interviews, BENNETT admitted to being present in the Buick Regal during the August 26, 2022 carjacking of the Nissan Altima, however, he denied possessing a firearm during the incident.

40. BENNETT was shown a still photograph from surveillance video at the gas station at which he was originally observed by the victim, D.P. BENNETT identified himself as the individual wearing a red "Bape" hooded sweatshirt, which matches the description of Altima Subject 2.

9

**Custodial Interview of Larry SEMONS**

41.     On August 30, 2022, detectives with the Milwaukee Police Department conducted Mirandized interviews with Larry SEMONS. During the interviews, SEMONS admitted to participating in the August 26, 2022 carjacking of the Nissan Altima. SEMONS admitted to possessing a firearm during the incident and identified BENNETT as the second gunman. SEMONS also identified Kartiae TATE as the driver of the Buick Regal during the incident and told detectives that TATE provided him with the firearm that was used. SEMONS advised that he, BENNETT, and TATE followed the Nissan Altima from a gas station to a Walgreen's and ultimately to the victim's residence where the carjacking took place.

42.     When questioned about the August 29, 2022 carjacking of the Acura MDX, SEMONS admitted to being present during the carjacking. He identified TATE as the driver of the Buick Regal and identified BENNETT and TATE as the gunmen in the incident. SEMONS advised that he was asleep in the rear seat of the Buick Regal and was awakened and told to drive off. SEMONS advised that he climbed into the front seat and drove away in the Buick Regal.

**Recovery of Nissan Rogue and Arrest of Deshawn Driver**

43.     On September 01, 2022, officers with the Bayside Police Department conducted a traffic stop on a black Nissan Rogue with no visible license plates. The driver of the vehicle was identified as Deshawn DRIVER (XX/XX/1999). During a routine check of the vehicle's VIN, offices were notified that the Nissan Rogue was previously taken during a carjacking in the City of Milwaukee. DRIVER was subsequently placed under arrest by the Bayside Police Department. During the processing of the Nissan Rogue, a Glock 21 pistol with an extended magazine was located under the front passenger seat of the vehicle.

10

**Custodial Interview of Deshawn Driver**

44.     On September 02, 2022, detectives with the Milwaukee Police Department conducted a Mirandized interview with Deshawn DRIVER. DRIVER admitted to being the gunman in the August 29, 2022 carjacking of the Nissan Rogue and to driving away in the victim's vehicle. DRIVER advised that the Glock 21 pistol with the extended magazine that was previously recovered in the Nissan Rogue was the firearm that he used during the carjacking. Driver identified Larry SEMONS as the rear passenger and Terrence BENNETT as the driver of the Buick Regal during the carjacking. DRIVER told detectives that before he exited the Buick Regal to conduct the carjacking, BENNETT handed him the Glock 21 pistol that he used.

45.     An open source search for DRIVER's Facebook account returned the account: facebook.com/shawn.otw.18. The Facebook User ID associated with this account is: 100059915094207. A review of the publicly viewable postings associated with this account match the known photographs of DRIVER, which were previously located in various law enforcement databases.

**Arrest and Custodial Interview of Kartiae TATE**

46.     On September 08, 2022, Kartiae TATE was arrested by detectives with the Milwaukee Police Department during the execution of a search warrant at his residence at XXXX N 20th Street, Milwaukee, Wisconsin.

47.     During the search of TATE's residence, detectives located under a cushion of the living room sofa a .223 AR style pistol. The lower unit of the firearm was manufactured by EP Armory and the upper unit was unsterilized and did not have a manufacturer listed.

48.     Detectives with the Milwaukee Police Department then conducted Mirandized interviews of TATE over the following days. TATE admitted to being the driver of the Buick Regal during the August 26, 2022 carjacking of the Nissan Altima. TATE advised that Terrence

11

BENNETT was sitting in the front seat and that Larry SEMONS was sitting in the rear seat before the carjacking took place. TATE advised that both BENNETT and SEMONS had firearms and that he was aware that the carjacking was going to take place.

49. TATE further admitted that the firearm that was located in his residence belonged to his cousin and that he had previously handled the firearm knowing that he is prohibited from possessing or handling firearms.

50. An open source search for TATE's Facebook account returned the following three Facebook accounts:

facebook.com/nolove.karty. The Facebook User ID associated with this account is: 100053276979846;

Facebook.com/profile.php?id=100083615333794. The Facebook User ID associated with this account is 100083615333794;

Facebook.com/livin.lawhawn.5. The Facebook User ID associated with this account is 100024491228830.

51. A review of the publicly viewable postings associated with these accounts match the known photographs of TATE, which were previously located in various law enforcement databases.

52. The date range of June 01, 2022 to September 08, 2022 would allow evidence, including articles of clothing, vehicles, weapons, associates, and the planning and preparation of the violations in question to be identified by investigators.

## III. FACEBOOK INFORMATION

53. Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com. Facebook users can use their accounts to share

12

communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

54.     Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, e-mail addressees, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Each Facebook user is assigned a user identification number and can choose a username.

55.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

56.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

57.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their

whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

58. Facebook users can upload photos and videos to be posted on their Wall, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Meta's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

59. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages, voice, and videos through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

60.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

61.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

62.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

63.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

64.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

65.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase, and a personalized message can be attached to each gift.  Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

66.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

15

67.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

68.     Some Facebook pages are affiliated with groups of users, rather than one individual user.  Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter.  Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group.  Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

69.     Meta uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

70.     Meta also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile,

16

that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

71.    Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

72.    Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

73.    As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook

17

account activity can show how and when the account was accessed or used. For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Meta builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

74.     Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## IV.     INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

75.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.

Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## V.   JURISDICTION

76.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## VI.   CONCLUSION

77.    Based upon the facts contained within this affidavit, I believe that probable cause exists to search the Facebook accounts "Deshawn Balling" [ID #100042799351841], "Larry Reigns" [ID #100030781200076], "NoLove Karty" [ID #100053276979846], "TheProblem Child" [ID #100083615333794], "Livin Lashawn" [ID #100024491228830], and "Shawn OTW" [ID #100059915094207],  for further evidence of BENNETT's, SEMONS's, TATE's, DRIVER's, and others' involvement in the violations of Title 18, United States Code, §§ 2119 (Carjacking) and 924(c) (Brandishing a Firearm During the Commission of a Crime of Violence).

78.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Meta.  Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

19

**ATTACHMENT A**

**Property to Be Searched**

To the extent that the information described in Attachment B is within the possession, custody, or control of Facebook that is stored at premises owned, maintained, controlled or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California, Facebook is required to disclose to the government the information for the following accounts and dates:

| FACEBOOK NAME | FACEBOOK IDENTIFICATION (UID) | DATES |
|---|---|---|
| Larry Reigns | 100030781200076 | June 01, 2022 to September 08, 2022 |
| Deshawn Balling | 100042799351841 | June 01, 2022 to September 08, 2022 |
| NoLove Karty | 100053276979846 | June 01, 2022 to September 08, 2022 |
| TheProblem Child | 100083615333794 | June 01, 2022 to September 08, 2022 |
| Livin Lashawn | 100024491228830 | June 01, 2022 to September 08, 2022 |
| Shawn OTW | 100059915094207 | June 01, 2022 to September 08, 2022 |

**ATTACHMENT B**

**Particular Things to be Seized**

I.    **Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

a.    All contact and personal identifying information, including**:** full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

b.    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c.    All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

d.    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

21

e.   All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

f.   All "check ins" and other location information;

g.   All IP logs, including all records of the IP addresses that logged into the account;

h.   All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

i.   All information about the Facebook pages that the account is or was a "fan" of;

j.   All past and present lists of friends created by the account;

k.   All records of Facebook searches performed by the account;

l.   All information about the user's access and use of Facebook Marketplace;

m.   The types of service utilized by the user;

n.   The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

o.   All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

p.   All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of of Title 18, United States Code, §§ 2119 (Carjacking) and 924(c)

(Brandishing a Firearm During the Commission of a Crime of Violence), from June 01, 2022 to September 08, 2022, for the user ID's identified on Attachment A, information pertaining to the following matters:

(a) The relevant offense conduct, any preparatory steps taken in furtherance of the criminal scheme, and communications between BENNETT, SEMONS, TATE, DRIVER, and others related to the relevant offense conduct of carjacking or BENNETT's, SEMONS's, TATE's, or DRIVER's possession of a firearm.

(b) Evidence indicating how and when the Facebook accounts were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owners;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

(d) The identity of the person(s) who created or used the user IDs; and

(e) The identity of the person(s) who communicated with the user IDs about matters relating to relevant offense conduct of robbery.